**BurgerFi International, Inc. (BFI)**                                                                                              John R. Walker

List of Purchases and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 1 | | | | |
| Exchange* | OPESW -> BFIIW | 12/17/2020 | 135,049 | $3.0601 |
| Purchase | BFIIW | 12/22/2020 | 12,378 | $2.5000 |
| Purchase | BFIIW | 12/30/2020 | 207 | $2.6500 |
| Sale | BFIIW | 12/18/2020 | (1,100) | $3.0300 |
| Sale | BFIIW | 12/18/2020 | (1,600) | $3.0200 |
| Sale | BFIIW | 12/18/2020 | (7,568) | $3.0100 |
| Sale | BFIIW | 12/29/2020 | (200) | $2.7500 |
| Account 2 | | | | |
| Exchange* | OPESW -> BFIIW | 12/17/2020 | 13,278 | $3.0601 |
| Purchase | BFIIW | 12/22/2020 | 486 | $2.5000 |
| Account 3 | | | | |
| Purchase | BFIIW | 5/10/2021 | 22 | $2.2700 |
| Purchase | BFIIW | 5/21/2021 | 26 | $1.9000 |
| Account 4 | | | | |
| Exchange* | OPESW -> BFIIW | 12/17/2020 | 25,075 | $3.0601 |

*Exchange of OPESW to BFIIW, using closing price on 12/17/2020.