# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No: 23-60657-CIV-SINGHAL

| | |
|---|---|
| JOHN WALKER, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BURGERFI INTERNATIONAL, INC. f/k/a OPES ACQUISITION CORP., JULIO RAMIREZ, IAN H. BAINES, BRYAN MCGUIRE, MICHAEL RABINOVITCH, and OPHIR STERNBERG, <br><br> Defendants. | |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Co-Lead Plaintiffs John Walker and Joseph Paolino ("Plaintiffs") dismiss this action, in its entirety, against all defendants. No defendant has served either an answer or a motion for summary judgment.

Dated: September 3, 2023               **THE ROSEN LAW FIRM, P.A.**

                                       /s/ *Laurence M. Rosen*
                                       Laurence M. Rosen, Esq.,
                                       Fla. Bar No. 0182877
                                       Jacob A. Goldberg (pro hac vice)
                                       275 Madison Avenue, 40th Floor
                                       New York, New York 10016
                                       Telephone: (212) 686-1060
                                       Fax: (212) 202-3827
                                       Email: lrosen@rosenlegal.com
                                              jgoldberg@rosenlegal.com

1

**POMERANTZ LLP**
Jeremy Lieberman (pro hac vice)
Justin D'Aloia (pro hac vice)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Fax: (917) 463-1044
Email: jlieberman@pomlaw.com
      jdaloia@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

**THE SCHALL LAW FIRM**
Brian Schall
Rina Restaino
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com
rina@schallfirm.com

*Additional counsel*