UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60657-CIV-SINGHAL

JOHN WALKER, individually and on behalf of
all others similarly situated,

    Plaintiff(s),

v.

BURGERFI INTERNATIONAL, INC. f/k/a
OPES ACQUISITION CORP., JULIO
RAMIREZ, IAN H. BAINES, BRYAN M
CGUIRE, MICHAEL RABINOVITCH, and
OPHIR STERNBERG,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came before the Court on Co-Lead Plaintiffs' Notice of Dismissal (DE [37]). The Court having reviewed the Notice of Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 5th day of September 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF